IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROGER CAMPBELL,
ADC #078423                                                                                          PLAINTIFF

v.                                          4:06CV01538 JMM/HDY

RON CHISM, et al.                                                                                 DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 28th day of November, 2006.


                                                                        _____
                                                                        United States District Judge