IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROGER CAMPBELL,
ADC #078423                                                                       PLAINTIFF

v.                          4:06CV01538 JMM/HDY

RON CHISM, et al.                                             DEFENDANTS

ORDER

By Order dated October 23, 2006, this Court directed plaintiff to file an amended complaint within thirty days (DE #3). After not receiving the amended complaint, the Court dismissed plaintiff's action for failure to prosecute, by Order and Judgment dated November 28, 2006. However, it appears that plaintiff did in fact comply with the Court's Order when he filed a complaint on November 1, 2006. However, that complaint was erroneously docketed as a new case, Campbell v. Chism, 4:06cv01586WRW/JTR (Campbell II), rather than as an amended complaint in this case (Campbell I). By Order dated November 28, 2006, an Order was entered in Campbell II, dismissing that case and directing that the complaint be filed as an amended complaint in this case. Accordingly,

      IT IS, THEREFORE, ORDERED that this case be RE-OPENED.

      IT IS FURTHER ORDERED that service is appropriate for the defendants Ron Chism, Sharon McGlothin, Mr. Giggure, and Ms. Robinson. The Clerk is directed to issue summons for these defendants and the United States Marshal is directed to serve a copy of the summons, original and amended complaints (DE ##2, 8) on defendants without prepayment of fees and costs or security therefore.

      IT IS SO ORDERED this 29th day of November, 2006.

*/s/ James M. Moody*
United States District Judge